UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DANA C. HOWARD,

    Plaintiff,

v.

MORGAN STANLEY,

    Defendant.

Case No. 06-cv-995-JPG

## JUDGMENT

This matter having come before the Court, and all parties having stipulated to dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.


**NORBERT JAWORSKI**

Dated: July 8, 2008      By:s/Deborah Agans, Deputy Clerk


**Approved:**    s/ J. Phil Gilbert
                   **J. PHIL GILBERT**
                   **DISTRICT JUDGE**